UNITED STATES of America,
Plaintiff—Appellee,

v.

Jermaine Pierre THOMAS,
Defendant—Appellant.

No. 10–7112.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 30, 2010.

Decided: Oct. 12, 2010.

Jermaine Pierre Thomas, Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before NIEMEYER, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jermaine Pierre Thomas appeals the district court's order denying his motion for reconsideration of that court's denial of his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm. *United States v. Thomas*, No. 7:02–cr–00009–F–1 (E.D.N.C. July 12, 2010); *see United States v. Goodwyn*, 596 F.3d 233 (4th Cir. 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*